**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL NO. 5:11CV173-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **JUDGMENT BY DEFAULT,** |
| **v.** | ) | |
| | ) | **ENTRY OF JUDGMENT, and** |
| | ) | |
| **EXCAM GT27, .25 CALIBER PISTOL,** | ) | **FINAL ORDER OF FORFEITURE** |
| **et al.,** | ) | |
| **Defendants.** | ) | |
| | ) | |

     **THIS MATTER** is before the Court on motion of the United States for and Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983 and 21 U.S.C. § 881.  For reasons stated in the Government's Motion and no further response being necessary, the Motion is <u>allowed</u>.

     **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

     1. The Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY**:

**- EXCAM GT27, .25 CALIBER PISTOL,**
**et al.**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

     2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

1

3. The Unites States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: November 13, 2012

Richard L. Voorhees
United States District Judge